JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS COWART,<br>Plaintiff,<br><br>v.<br><br>RAFAEL CARDENAS, et al.,<br>Defendants. | CV 24-2900 DSF (AJR)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is DISMISSED with prejudice.

IT IS SO ORDERED.

Date: September 15, 2026

Dale S. Fischer
United States District Judge